# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Exelis Inc., Night Vision and | ) ASBCA No. 58918 |
|   Tactical Communication Systems | ) |
| | ) |
| Under Contract No. DAAB07-00-D-C251 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:        Steven M. Masiello, Esq.
                                              Kelly P. Garehime, Esq.
                                                McKenna Long & Aldridge LLP
                                              Denver, CO

APPEARANCE FOR THE GOVERNMENT:        E. Michael Chiaparas, Esq.
                                              DCMA Chief Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 8 January 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58918, Appeal of Exelis Inc., Night Vision and Tactical Communication Systems, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals